SO. CAL EQUAL ACCESS GROUP
Jason J. Kim (SBN 190246)
Jason Yoon (SBN 306137)
101 S. Western Avenue, Second Floor
Los Angeles, CA  90004
Telephone:   (213) 252-8008
Facsimile:    (213) 252-8009
scalequalaccess@yahoo.com

Attorney for Plaintiff,
SUNG CHOI

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUNG CHOI,<br><br>         Plaintiff,<br><br>vs.<br><br>MGSM INC. D/B/A PURE PETALS FLORAL; STUART A SCHINEIER, AS TRUSTEE OF SCHNEIER FAMILY TRUST; and DOES 1 to 10,<br><br>         Defendants. | Case No. 2:20-cv-04641-SVW (GJSx)<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF ENTIRE CASE WITHOUT PREJUDICE** |

**PLEASE TAKE NOTICE** that Plaintiff SUNG CHOI ("Plaintiff") pursuant to Federal Rule of Civil Procedure Rule 41(a)(1) hereby voluntarily dismisses the entire action *without prejudice* pursuant to Federal Rule of Civil Procedure Rule 41(a)(1) which provides in relevant part:

(a) **Voluntary Dismissal.**

    (1)    *Without a Court Order*.  Subject to Rules 23(e), 23.1(c), 23.2, and 66 and any applicable federal statute, the plaintiff may dismiss an action without a court order by filing:

(i) A notice of dismissal before the opposing party serves either an answer or a motion for summary judgment. Defendants have neither answered Plaintiff's Complaint, nor filed a motion for summary judgment. Accordingly, this matter may be dismissed without an Order of the Court.

DATED: November 18, 2020    **SO. CAL EQUAL ACCESS GROUP**

          */s/ Jason J. Kim*
JASON J. KIM
Attorney for Plaintiff