SO. CAL. EQUAL ACCESS GROUP
Jason J. Kim (SBN 190246)
Jason Yoon (SBN 306137)
101 S. Western Ave., Second Floor
Los Angeles, CA 90004
Telephone: (213) 252-8008
Facsimile:  (213) 252-8009
scalequalaccess@yahoo.com

Attorneys for Plaintiff
SUNG CHOI

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUNG CHOI,<br><br>            Plaintiff,<br><br>      vs.<br><br>MGSM INC. D/B/A PURE PETALS FLORAL; STUART A SCHINEIER, AS TRUSTEE OF SCHNEIER FAMILY TRUST; and DOES 1 to 10,<br><br>            Defendants. | **Case No.: 2:20-cv-04641-SVW (GJSx)**<br><br>**Declaration of Sung Choi in Response to Court's In Chamber Order [ECF No. 18] REDACTED**<br><br>Honorable Judge Stephen V. Wilson |

1.  I am the plaintiff in this matter and, based on my own experience and knowledge, I can competently declare the following:

2.  On January 05, 2020 and February 16, 2020, I resided at ▮▮▮▮▮▮▮▮ Los Angeles, CA ▮▮▮▮.

3.  I declare under penalty of perjury under the laws of the State of California that the foregoing is true and accurate.

\\

DECLARATION OF SUNG CHOI - 1

1

2    Dated:  December 02, 2020          By:    ___화 성락_____
                                               SUNG CHOI
3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DECLARATION OF SUNG CHOI - 2